UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 19 CR 255 |
| JOSE ARMANDO TORRES-ROJAS CARLOS EDUARDO MALDONADO-CASTILLO | § § § § | |

United States Courts
Southern District of Texas
FILED

APR 10 2019

David J. Bradley, Clerk of Court

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

**(Conspiracy to Possess With Intent to Distribute Controlled Substance)**

On or about May 30, 2017, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**

**JOSE ARMANDO TORRES-ROJAS
AND
CARLOS EDUARDO MALDONADO-CASTILLO**

did knowingly and intentionally conspire and agree together and with other person or persons unknown to the Grand Jurors, to possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### COUNT TWO

**(Possession With Intent to Distribute Controlled Substance)**

On or about May 30, 2017, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**

**JOSE ARMANDO TORRES-ROJAS
AND
CARLOS EDUARDO MALDONADO-CASTILLO**

1

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE
### (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to Defendants,

**JOSE ARMANDO TORRES-ROJAS**
**AND**
**CARLOS EDUARDO MALDONADO-CASTILLO,**

that upon conviction of an offense in violation of Title 21, United States Code, §§ 841 or 846, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

RYAN K. PATRICK
UNITED STATES ATTORNEY

LEO J. LEO, III
Assistant United States Attorney